IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Gaither, <br><br> Plaintiff, <br><br> vs. <br><br> Camelback Recovery LLC, <br><br> Defendant. | No. CV-22-00639-PHX-SPL <br><br> **ORDER** |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's January 5, 2023 Order (Doc. 23),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 7th day of March, 2023.

Honorable Steven P. Logan
United States District Judge